IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID TAXER and SAUL CORTES
individually and on behalf of all others
similarly situated,

          Plaintiffs,

    v.

PROGRESSIVE UNIVERSAL
INSURANCE COMPANY and
PROGRESSIVE CLASSIC INSURANCE
COMPANY,

          Defendants.

Case No. 3:22-cv-01255-AB

JUDGMENT

**BAGGIO, District Judge:**

    Based on the Joint Stipulation of Dismissal, ECF No. 109, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice with each party to bear their own costs and fees. Pending motions are denied as moot.

    DATED this  7th  day of January, 2026.

                                               *Amy M. Baggio*
                                               AMY M. BAGGIO
                                               United States District Judge

1 – JUDGMENT